MARK RUMOLD (SBN 279060)
mark@eff.org
NATHAN D. CARDOZO (SBN 259097)
nate@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 16-cv-02041-HSG<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND VACATE CASE MANAGEMENT CONFERENCE** |

Pursuant to L. R. 7-12, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Department of Justice hereby stipulate to the proposed briefing schedule for cross-motions for summary judgment in this case outlined below and request that the Court order the same.

(1) As the Joint Case Management Statement (JCMS) filed on July 26, 2016 (ECF No. 23) indicated, the parties conferred at various times and significantly narrowed the issues prior to the scheduled Case Management Conference (CMC) on August 2, 2016. At the time of filing the JCMS, the primary outstanding issue that the parties had yet to reach an agreement on was a schedule or plan for cross-motions for summary judgment. The parties continued to confer and have reached agreement on a schedule as follows:

| | |
|---|---|
| **September 22, 2016** | Defendant's Motion for Summary Judgment (25 pages) |
| **October 13, 2016** | Plaintiff's Combined Cross-Motion for Summary/Judgment/Opposition to Defendant's Motion (50 pages) |
| **November 3, 2016** | Defendant's Combined Opposition to Plaintiff's Motion/Reply in Support of Their Motion for Summary Judgment (40 pages) |
| **November 17, 2016** | Plaintiff's Reply in Support of Its Motion for Summary Judgment (15 pages) |
| **December 15, 2016** | Requested Hearing Date |

(2) In light of the parties' agreement on the proposed briefing schedule, the parties respectfully submit that the scheduled CMC may no longer be necessary. Should the Court agree, the parties jointly request the Court vacate the CMC scheduled for 2 p.m. on August 2, 2016.

| | |
|---|---|
| August 1, 2016 | Respectfully submitted, |
| | By  */s/ Aaron Mackey*  <br> Aaron Mackey |
| | ELECTRONIC FRONTIER FOUNDATION <br> 815 Eddy Street <br> San Francisco, CA  94109 |
| | *Attorneys for Plaintiff* |
| August 1, 2016 | Respectfully submitted, |
| | BENJAMIN C. MIZER <br> Principal Deputy Assistant Attorney General |
| | MELINDA HAAG <br> United States Attorney |
| | ELIZABETH J. SHAPIRO <br> Deputy Branch Director |
| | By  */s/*  <br> RODNEY PATTON <br> Senior Counsel <br> JULIA A. BERMAN <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue, N.W. <br> Washington, D.C.  20001 |
| | *Attorneys for Defendant* |

## DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)

Pursuant to Civil L.R. 5-1(i)(3), I, Aaron Mackey, declare that I obtained the concurrence of Rodney Patton, counsel for Defendant, United States Department of Justice, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of August, 2016 in San Francisco, California

| | |
|---|---|
| DATED:  August 1, 2016 | Respectfully submitted, |
| | By  */s/ Aaron Mackey*  <br> Aaron Mackey |

2

16-cv-02041-HSG          STIPULATION AND [PROPOSED] ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties shall file their summary judgment briefs in accordance with the schedule above.

IT IS FURTHER ORDERED. The Case Management Conference scheduled for 2 p.m. on August 2, 2016 is vacated.

DATED:  August 2, 2016

                                    Hon. HAYWOOD S. GILLIAM, JR.
                                    United States District Court Judge