BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Counsel
JULIA BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>                    Defendant. | Case No. 16-cv-02041<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO AMEND PAGE**<br>**LIMITATIONS IN BRIEFING**<br>**SCHEDULE** |

Pursuant to L. R. 7-12, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Department of Justice hereby stipulate to the proposed amendment to the page limitations in the current briefing schedule for cross-motions for partial summary judgment in this case as outlined below and request that the Court order the same.

1. On August 2, 2016, the Court ordered, pursuant to a stipulation of the parties, the following briefing schedule and page limitations for the parties' cross-motions for summary judgment:

**September 22, 2016**  Defendant's Motion for Summary Judgment (25 pages)

**October 13, 2016**  Plaintiff's Combined Cross-Motion for Summary/Judgment/Opposition to Defendant's Motion (50 pages)

**November 3, 2016**  Defendant's Combined Opposition to Plaintiff's Motion/Reply in Support of Their Motion for Summary Judgment (40 pages)

**November 17, 2016**  Plaintiff's Reply in Support of Its Motion for Summary Judgment (15 pages)

2. Thereafter, on September 20, 2016, Defendant filed an Unopposed Administrative Motion to Modify Briefing Schedule to Provide for Cross-Motions for Partial Summary Judgment. Defendant sought to modify the briefing schedule from one that envisioned the filing of cross-motions for summary judgment to one that envisioned the filing of cross-motions for partial summary judgment, because only one of the two Freedom of Information Act ("FOIA") requests that form the basis of this suit were ready for dispositive briefing, for the reasons set forth in that administrative motion. *See* Defendant's Unopposed Administrative Motion to Modify Briefing Schedule to Provide for Cross-Motions for Partial Summary Judgment, ECF No. 27.

3. On September 22, 2016, the Court granted this administrative motion in a Minute Entry Order, but it directed that the parties "submit a joint stipulation proposing substantially shorter page limits for the briefs related to their cross-motions for partial summary judgment by September 28, 2016."

4. The parties have conferred and have stipulated to the page limits as set forth below; the proposed page limits take into account the fact that the FOIA request being addressed in the

current schedule is the more legally complex of the two FOIA requests presented in this case:

| | |
|---|---|
| **September 22, 2016** | Defendant's Partial Motion for Summary Judgment (15 pages) |
| **October 13, 2016** | Plaintiff's Combined Cross-Motion for Partial Summary Judgment/Opposition to Defendant's Motion (25 pages) |
| **November 3, 2016** | Defendant's Combined Opposition to Plaintiff's Motion/Reply (30 pages) |
| **November 17, 2016** | Plaintiff's Reply (20 pages) |

5. In light of the parties' stipulation, the parties respectfully request that the Court enter the Proposed Order below setting forth this briefing schedule and these page limits.

| | |
|---|---|
| September 28, 2016 | Respectfully submitted, |
| | By  */s/ Aaron Mackey* <br> Aaron Mackey |
| | ELECTRONIC FRONTIER FOUNDATION <br> 815 Eddy Street <br> San Francisco, CA  94109 |
| | *Attorneys for Plaintiff* |
| September 28, 2016 | Respectfully submitted, |
| | BENJAMIN C. MIZER <br> Principal Deputy Assistant Attorney General |
| | BRIAN STRETCH <br> United States Attorney |
| | ELIZABETH J. SHAPIRO <br> Deputy Branch Director |
| | By  */s/ Rodney Patton* <br> RODNEY PATTON <br> Senior Counsel <br> JULIA A. BERMAN <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue, N.W. <br> Washington, D.C.  20001 |
| | *Attorneys for Defendant* |

**DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I, Rodney Patton, declare that I obtained the concurrence of Aaron Mackey, counsel for Plaintiff Electronic Frontier Foundation, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of September, 2016 in Washington, D.C.

DATED: September 28, 2016          Respectfully submitted,


By   /s/Rodney Patton
   RODNEY PATTON


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED, that the parties' briefing schedule and page limits for their cross-motions for partial summary judgment are as follows:

| | |
|---|---|
| **September 22, 2016** | Defendant's Partial Motion for Summary Judgment (15 pages) |
| **October 13, 2016** | Plaintiff's Combined Cross-Motion for Partial Summary Judgment/Opposition to Defendant's Motion (25 pages) |
| **November 3, 2016** | Defendant's Combined Opposition to Plaintiff's Motion/Reply (30 pages) |
| **November 17, 2016** | Plaintiff's Reply (20 pages) |

AND IT IS SO ORDERED.


DATED:      September 29, 2016


HAYWOOD S. GILLIAM, JR.
U.S. District Judge