MARK RUMOLD (SBN 279060)
mark@eff.org
NATHAN D. CARDOZO (SBN 259097)
nate@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>        Defendant. | Case No. 16-cv-02041-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING PLAINTIFF'S REPLY** |

The parties stipulate and respectfully request the Court extend the deadline for filing Plaintiff's Reply in Support of its Motion for Partial Summary Judgment until November 28, 2016. Good cause exists for this request as follows:

1. The Department of Justice (the "Department") filed its Reply in Support of its Motion for Partial Summary Judgment and Opposition to Plaintiff's Cross Motion for Partial Summary Judgment on November 3, 2016.

2. After reviewing the agency's brief, Plaintiff contacted the Department by email on November 7, 2016 to discuss narrowing Plaintiff's request and, thus, further reducing the matters in dispute in this litigation.

3. By email to Plaintiff on November 11, 2016, the Department represented that it would require additional time to discuss the proposed narrowing, both internally and with other affected government agencies. Thus, the Department did not expect it could provide a full response before the filing of Plaintiff's Reply brief, currently scheduled for November 17, 2016.

4. To allow for further discussions between the parties before the filing of Plaintiff's Reply, the parties agreed that the deadline for filing should be extended.

Accordingly, the parties respectfully request the Court extend the deadline for the filing of Plaintiff's Reply until November 28, 2016.

DATED: November 14, 2016                 */s/ Mark Rumold*
                                         Mark Rumold

                                         ELECTRONIC FRONTIER FOUNDATION
                                         815 Eddy Street
                                         San Francisco, CA 94109
                                         Telephone: (415) 436-9333
                                         Facsimile: (415) 436-9993
                                         Attorneys for Plaintiff
                                         ELECTRONIC FRONTIER FOUNDATION


DATED: November 14, 2016                 BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

                                         BRIAN STRETCH
                                         United States Attorney

16-cv-02041-HSG            STIPULATION AND [PROPOSED] ORDER                    1

ELIZABETH J. SHAPIRO
Deputy Branch Director

   /s/ Rodney Patton
RODNEY PATTON
Senior Counsel
JULIA A. BERMAN Bar No. 241415
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Telephone: (202) 616-8480
Facsimile:  (202) 616-8470

*Attorneys for Defendant*

## DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)

Pursuant to Civil L.R. 5-1(i)(3), I, Mark Rumold, declare that I obtained the concurrence of Rodney Patton, counsel for Defendant, United States Department of Justice, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of November, 2016 in San Francisco, California.

   /s/ Mark Rumold
Mark Rumold

Upon consideration of the parties' stipulation concerning an extension of time in which to file a Plaintiff's Reply, it is:

**ORDERED** that plaintiff's deadline to file its Reply is extended to November 28, 2016.

DATED:  November 14, 2016

HON. HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE

2
16-cv-02041-HSG     STIPULATION AND [PROPOSED] ORDER