MARK RUMOLD (SBN 279060)
mark@eff.org
NATHAN D. CARDOZO (SBN 259097)
nate@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>    Defendant. | Case No. 16-cv-02041-HSG<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING PLAINTIFF'S REPLY** |

The parties stipulate and respectfully request the Court extend the deadline for filing Plaintiff's Reply in Support of its Motion for Partial Summary Judgment until December 1, 2016. Good cause exists for this request as follows:

1. On November 14, 2016, the parties sought, and the Court approved, a stipulated extension of time for the filing of Plaintiff's Reply. *See* ECF No. 36.

2. The parties sought this extension to accommodate discussions between the parties concerning the scope of the FOIA request, in an ongoing effort to narrow the scope of the litigation and partially resolve some of the areas in dispute without the Court's intervention. *See id.*

3. During the additional time, the parties have engaged in productive discussions concerning the proposed narrowing and its consequences for the litigation. However, because of the Thanksgiving holiday, the Department of Justice requires additional time to discuss the issue within the Department and with other affected government agencies.

4. Thus, and to facilitate their ongoing discussions, the parties request an additional brief extension of three days, to December 1, 2016, for the filing of Plaintiff's Reply.

5. This short extension will allow the parties to complete their discussions concerning the proposed narrowing. In the event the parties are unable to resolve their dispute, the new deadline will still allow for two full weeks before the currently scheduled hearing date.

Accordingly, the parties respectfully stipulate and request that the Court extend the deadline for filing Plaintiff's Reply to December 1, 2016.

DATED:  November 23, 2016            */s/ Mark Rumold*
                                     Mark Rumold

                                     ELECTRONIC FRONTIER FOUNDATION
                                     815 Eddy Street
                                     San Francisco, CA 94109
                                     Telephone: (415) 436-9333
                                     Facsimile: (415) 436-9993
                                     Attorney for Plaintiff
                                     ELECTRONIC FRONTIER FOUNDATION

16-cv-02041-HSG      STIPULATION AND [PROPOSED] ORDER

1

DATED:  November 23, 2016         BENJAMIN C. MIZER
                                  Principal Deputy Assistant Attorney General

                                  BRIAN STRETCH
                                  United States Attorney

                                  ELIZABETH J. SHAPIRO
                                  Deputy Branch Director

                                   */s/ Rodney Patton*
                                  RODNEY PATTON
                                  Senior Counsel
                                  JULIA A. BERMAN Bar No. 241415
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue, N.W.
                                  Washington, D.C.  20001
                                  Telephone: (202) 616-8480
                                  Facsimile:  (202) 616-8470

                                  *Attorneys for Defendant*

**DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I, Mark Rumold, declare that I obtained the concurrence of Rodney Patton, counsel for Defendant, United States Department of Justice, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of November, 2016 in Kansas City, Missouri.

                                   */s/ Mark Rumold*
                                  Mark Rumold

                         *     *     *

Upon consideration of the parties' stipulation concerning an extension of time in which to file Plaintiff's Reply, it is:

**ORDERED** that Plaintiff's deadline to file its Reply is extended to December 1, 2016.

DATED:  November 28, 2016         [signature]
                                  HON. HAYWOOD S. GILLIAM, JR.
                                  UNITED STATES DISTRICT JUDGE