MARK RUMOLD (SBN 279060)
mark@eff.org
NATHAN D. CARDOZO (SBN 259097)
nate@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 16-cv-02041-HSG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The parties the Electronic Frontier Foundation ("EFF") and the Department of Justice ("DOJ"), by and through undersigned counsel, stipulate and respectfully request the Court enter an order reflecting the following:

1. The parties have reached an agreement concerning the processing of EFF's March 7, 2016 Freedom of Information Act ("FOIA") request for "significant" opinions of the Foreign Intelligence Surveillance Court ("FISC"). EFF has agreed to narrow the scope of its initial request, and DOJ has agreed to process and respond to the narrowed request.

2. Specifically, EFF has agreed to narrow the scope of part one of its initial request from any decision, order, or opinion issued by the FISC or the Foreign Intelligence Surveillance Court of Review ("FISC-R") issued from 1978 to June 1, 2015, that includes a significant construction or interpretation of any provision of law, including any novel or significant construction or interpretation of the term "specific selection term," to all decisions, orders, or opinions of the FISC or the FISC-R submitted to Congress by the Attorney General pursuant to Section 6002 of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. section 1871(a)(5)); 50 U.S.C. sections 1871(c)(1) & (2); and 50 U.S.C. section 1881f(b)(1)(D) between July 1, 2003 and June 1, 2015, which have not been previously declassified and made public (to include those decisions, orders, or opinions previously identified by the Department of Justice to the Brennan Center,https://www.brennancenter.org/sites/default/files/publications/The_New_Era_of_Secret_Law.pdf), that remain classified.  DOJ has agreed to process and respond to the narrowed request.

3. The parties are currently in the midst of briefing cross-motions for partial summary judgment. *See* ECF Nos. 29, 32. One issue in dispute was the propriety of EFF's March 7 FOIA request and DOJ's determination that it would not process the request. The parties' agreement on the narrowed request effectively resolves that dispute.

4. Two deadlines related to the parties' cross-motions currently remain on the Court's upcoming calendar. EFF's reply brief in support of its motion for partial summary judgment is currently due December 1, 2016. The hearing on the parties' cross-motions is currently scheduled for

December 15, 2016.[1]

5. In light of the agreement concerning the narrowed request, the parties accordingly agree that further briefing in this matter should be stayed, and the current hearing date on the parties' cross-motions vacated, to allow DOJ time to begin to process the narrowed request and for the parties to continue to discuss the progress and timing of the litigation.

6. Despite agreement on the narrowed request, the parties still anticipate that further motions practice will likely be necessary on some issues in order to resolve the case. The parties do not know which issues those are at this stage, however. In the meantime, the parties agree to continue to work in good faith to resolve outstanding issues in the litigation, including issues related to the timing, production, and processing of responsive records, and the scope and timing of future motions practice.

7. The parties further propose to file a joint status report on December 15, 2016, and another joint status report on January 30, 2017, to apprise the Court of the progress of the parties' discussions; the processing of responsive FISC opinions; and the parties' need, if any, to set future briefing schedules, hearing dates, or to request other assistance from the Court.

DATED: December 1, 2016

                                            */s/ Mark Rumold*
                                            Mark Rumold

                                            ELECTRONIC FRONTIER FOUNDATION
                                            815 Eddy Street
                                            San Francisco, CA 94109
                                            Telephone: (415) 436-9333
                                            Facsimile: (415) 436-9993
                                            Attorney for Plaintiff
                                            ELECTRONIC FRONTIER FOUNDATION

---

[1] Additionally, the parties' anticipated filing a Joint Status Report on December 7, 2016, concerning a separate FOIA request at issue in the case that was not subject to the parties' cross-motions for partial summary judgment. *See* Joint Status Report, ¶ 5 (ECF No. 34). The parties believe they have already reached substantial agreement on that request and report that additional briefing related to that request will be unnecessary.

DATED:  December 1, 2016     BENJAMIN C. MIZER
                             Principal Deputy Assistant Attorney General

                             BRIAN STRETCH
                             United States Attorney

                             ELIZABETH J. SHAPIRO
                             Deputy Branch Director

                             ___/s/Rodney Patton_____
                             RODNEY PATTON
                             Senior Counsel
                             JULIA A. BERMAN Bar No. 241415
                             Trial Attorney
                             United States Department of Justice
                             Civil Division, Federal Programs Branch
                             20 Massachusetts Avenue, N.W.
                             Washington, D.C.  20001
                             Telephone: (202) 616-8480
                             Facsimile:  (202) 616-8470

                             *Attorneys for Defendant*

## **DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I, Mark Rumold, declare that I obtained the concurrence of Rodney Patton, counsel for Defendant, United States Department of Justice, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of December, 2016 in San Francisco, CA.

                             _/s/ Mark Rumold_____
                             Mark Rumold


                         *       *       *

---
16-cv-02041-HSG          STIPULATION AND [PROPOSED] ORDER             3

1 | Upon consideration of the parties' stipulation, it is:

2 | **ORDERED** that further briefing on the parties' cross-motions for partial summary judgment,
3 | including the filing of Plaintiff's Reply, is **STAYED**; and it is

4 | **ORDERED** that the hearing on the parties' cross-motions for partial summary judgment on
5 | December 15, 2016 is **VACATED**; and it is

6 | **ORDERED** that the parties submit a joint status report on December 15, 2016, and another
7 | joint status report on January 30, 2017, describing the progress of the parties' discussions; the
8 | processing of responsive FISC opinions; and the parties' need, if any, to set future briefing
9 | schedules, hearing dates, or to request other assistance from the Court.

DATED: December 2, 2016

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE