IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:16-cv-02041-SK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | [PROPOSED] ORDER |

Upon consideration of Defendant's Unopposed Administrative Motion for an Extension of the Deadline for Filing a Joint Status Report, it is hereby ordered, that the motion is GRANTED.

IT IS FURTHER ORDERED, that the deadline for filing a joint status report is extended from June 16 to June 21, 2017.

Dated: _____May 30_, 2017

Haywood S. Gilliam, Jr.
U.S. District Judge