CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Counsel
JULIA BERMAN Bar No. 241415
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.berman@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:16-cv-02041-HSG |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | **JOINT STATUS REPORT** |
| Defendant. | |

Pursuant to this Court's Minute Entry Orders, dated May 2 and May 30, 2017, the parties file this Joint Status Report:

1. On December 15, 2016, the parties stipulated to a narrowing of Plaintiff's remaining Freedom of Information Act ("FOIA") request, as set forth in a Joint Status Report, *see* ECF No. 41.

2. In the parties' last Joint Status Report, dated April 17, 2017 (ECF No. 45), Defendant reported that its processing of the first batch of documents responsive to Plaintiff's narrowed FOIA request remained on track for completion on or before May 26, 2017. The parties requested, and the Court ordered (ECF No. 46) that the parties file a joint status report on or before June 16, 2017.

3. On May 25, however, Defendant filed an Unopposed Administrative Motion for an Extension of the Deadline for Filing a Joint Status Report (ECF No. 47) from June 16 to June 21 to allow additional time to complete the deliberations necessary to determine whether the Government was able to release more information within previously identified responsive documents in its forthcoming FOIA production.

4. The Court granted the administrative motion and reset the deadline for filing the Joint Status Report to June 21, 2017.  *See* Minute Entry Order, dated May 30, 2017.

5. Subsequently, on June 13, Defendant produced the first batch of responsive documents to Plaintiff.

6. Defendant estimates that it will complete the processing of, and produce to Plaintiff, as appropriate, the second batch of documents responsive to Plaintiff's narrowed FOIA request on or before September 14, 2017.  As the parties noted in their prior joint status report, *see* ECF No. 45 ¶ 4, Defendant will thereafter begin processing a third and final batch, consisting of all remaining responsive records. As with the second batch, the parties will confer concerning a schedule for completing processing.

7. The parties propose to file joint status reports to update the Court on the progress of this case on July 19, 2017 and September 28, 2017.

Dated: June 21, 2017

>Respectfully submitted,
>*/s Mark Rumold*
>MARK RUMOLD
>NATHAN D. CARDOZO
>AARON MACKEY

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
mark@eff.org


Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Julia Berman*
RODNEY PATTON
Senior Counsel
JULIA A. BERMAN Bar No. 241415
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Telephone: (202) 616-8480
Facsimile:  (202) 616-8470

*Attorneys for Defendant*


### **DECLARATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I, Julia Berman, declare that I obtained the concurrence of Mark Rumold, counsel for Plaintiff Electronic Frontier Foundation, in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 21st day of June, 2017 in Destin, Florida.


DATED:  June 21, 2017                                              Respectfully submitted,


                                                                                 By   */s/ Julia Berman*
                                                                                         JULIA BERMAN