# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

ELECTRONIC FRONTIER FOUNDATION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Case No. 4:16-cv-02041-HSG

[PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Administrative Motion for an Extension of the Deadline for Filing a Joint Status Report Setting Forth the Briefing Schedule for Summary Judgment, it is hereby ordered, that the motion is GRANTED.

IT IS ORDERED, that the deadline for the filing of a joint status report setting forth a summary judgment briefing schedule be extended from January 8 to February 16, 2018.

IT IS FURTHER ORDERED, that the parties will file a joint status report on January 8, 2018, in which Defendant will provide an update on its processing efforts regarding the third and final batch of documents responsive to Plaintiff's narrowed FOIA request.

AND IT IS SO ORDERED.

Dated: 12/19/2017

Haywood S. Gilliam, Jr.
U.S. District Judge