CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Trial Counsel
JULIA BERMAN Bar No. 241415
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:16-cv-02041-HSG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Upon consideration of Defendant's Unopposed Administrative Motion to Vacate the Briefing Schedule and for an Order Requiring the Parties to Submit a Status Report in Two Weeks with a New Briefing Schedule, it is hereby ordered, that the motion is GRANTED.

IT IS ORDERED, that the current schedule for the parties' cross-motions for summary judgment, as ordered by this Court on February 20, 2018, ECF No. 59, is hereby vacated.

IT IS FURTHER ORDERED, that the parties shall submit a status report on or before June 7, 2018, setting forth their joint proposal for proceeding with this case, including a briefing schedule for summary judgment.

AND IT IS SO ORDERED.

Dated: _____May 24_____, 2018

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
U.S. District Judge