# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

ELECTRONIC FRONTIER FOUNDATION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Case No. 4:16-cv-02041-HSG

[PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, ECF No. 62, the Court adopts the parties' proposed schedule as set forth below:

| | |
|---|---|
| **July 9, 2018** | Defendant's Motion for Partial Summary Judgment (25 pages) |
| **August 6, 2018** | Plaintiff's Cross-Motion for Partial Summary Judgment/Opposition to Defendant's Motion for Partial Summary Judgment (25 pages) |
| **September 6, 2018** | Defendant's Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment and Reply in Support of its Motion for Partial Summary Judgment (25 pages) |
| **September 27, 2018** | Plaintiff's Reply in Support of its Motion for Partial Summary Judgment (25 pages) |
| **October 25, 2018** | Requested hearing date |

AND IT IS SO ORDERED.

Dated: 6/14/2018

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
U.S. District Judge