CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
RODNEY PATTON
Senior Trial Counsel
JULIA BERMAN Bar No. 241415
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 4:16-cv-02041-HSG<br><br>**[PROPOSED]  ORDER** |

Upon consideration of Defendant's Unopposed Administrative Motion to Amend the Summary Judgment Briefing Schedule, it is hereby ordered, that the motion is GRANTED.

IT IS ORDERED, that the current schedule for the parties' cross-motions for partial summary judgment, as ordered by this Court on June 14, 2018, ECF No. 63, is amended as follows:

| | |
|---|---|
| **July 26, 2018** | Defendant's Motion for Partial Summary Judgment (25 pages) |
| **August 23, 2018** | Plaintiff's Cross-Motion for Partial Summary Judgment/Opposition to Defendant's Motion for Partial Summary Judgment (25 pages) |
| **September 20, 2018** | Defendant's Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment and Reply in Support of its Motion for Partial Summary Judgment (25 pages) |
| **October 11, 2018** | Plaintiff's Reply in Support of its Motion for Partial Summary Judgment (25 pages) |
| **November 8, 2018** | Hearing date |

AND IT IS SO ORDERED.

Dated: 7/3/2018

Haywood S. Gilliam, Jr.
U.S. District Judge