AARON MACKEY (SBN 286647)
amackey@eff.org
NATHAN D. CARDOZO (SBN 259097)
nate@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 16-cv-02041-HSG <br><br> **NOTICE OF CHANGE OF COUNSEL** |

TO THE COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Nathan Cardozo (State Bar No. 259097), nate@eff.org is no longer counsel of record for Electronic Frontier Foundation in this matter.  Aaron Mackey remains counsel of record for Plaintiff Electronic Frontier Foundation and should continue to receive all notices, correspondence, and pleadings.

Dated:  January, 30, 2019      By  _/s/ Nathan Cardozo_
                                   Nathan Cardozo

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff Electronic Frontier Foundation