UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 16-cv-02041-HSG<br><br>**JUDGMENT** |

Pursuant to the Court's Order on March 26, 2019, Dkt. No. 74, granting Defendant's motion for partial summary judgment and denying Plaintiff's cross-motion for partial summary judgment, **JUDGMENT IS HEREBY ENTERED** for Defendant as to its responses to Plaintiff's FOIA requests at issue in this case, including all redactions and withholdings therein. The Clerk is directed to close the case.

Dated: 4/5/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge